STATE of Missouri, Appellant,

v.

Michael W. KUHN, Respondent.

No. ED 79525.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 2001.

Robert D. Schollmeyer, Pros. Atty., Osage County Linn, MO, for Appellant.

Douglas W. Hennon, Carson & Coil P.C., Jefferson City, MO, for Respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR. and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Appellant, the State of Missouri, appeals from the Order of the Circuit Court of Osage County granting respondent, Michael W. Kuhn's ("respondent") Motion to Suppress. We Affirm.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. As an extended opinion

would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).